**IT IS ORDERED as set forth below:**

**Date: May 12, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **REBEL STEEL VENTURES AND ERECT, INC.,** | **Case No. 24-20535-JRS** |
| **Debtor.** | |

**ORDER GRANTING MOTION TO APPROVE POST-PETITION RETAINER FOR ACCOUNTANT**

This matter came before the Court for hearing on March 27, 2025 on consideration of the Debtor's Motion to Approve Post-Petition Retainer for Accountant (the "**Motion**") [Doc. 81],[1] the Court having reviewed and considered the Motion; and it appearing that the relief requested in the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion is in the best interests of the Debtor, his bankruptcy estate, and all creditors and other parties in interest; and sufficient notice of the Motion having been given to all creditors and parties in interest; and no opposition having been presented to the Motion; and after due deliberation thereon, and good cause appearing therefore, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Hays Financial Consulting, LLC is allowed a post-petition retainer of $10,000.00.

3. The Court shall retain jurisdiction to enforce and implement the terms and provisions of this Order.

4. The provisions of this Order shall be immediately effective and enforceable upon its entry.

### ### END OF ORDER ###

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

**Distribution List:**

ROUNTREE LEITMAN & KLEIN, LLC
William A. Rountree
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329


David Weidenbaum
Attorney for the U.S. Trustee
Office of the U. S. Trustee Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303